UNITED STATES of America,
Plaintiff–Appellee,

v.

Derwin COLES, a/k/a Woods,
Defendant–Appellant.

No. 09–6654.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 15, 2011.

Decided: Aug. 5, 2011.

Derwin Coles, Appellant Pro se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derwin Coles appeals the district court's order granting in part and denying in part his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Coles,* No. 2:01–cr–00254–3 (S.D.W.Va. Mar. 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*